UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANNE MARIE DANDREA,

    Plaintiff,

v.                                                                                         Case No:   6:15-cv-2130-Orl-31TBS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## REPORT AND RECOMMENDATION

Pending before the Court is the Commissioner of Social Security's Motion for Entry of Judgment with Remand (Doc. 23). The Commissioner requests that this case be remanded pursuant to sentence four of 42 U.S.C. § 405(g) so that the administrative law judge ("ALJ") can obtain any additional necessary evidence, reassess the ALJ's residual functional capacity finding, fully consider the ALJ's 2012 decision and, if warranted, hold a supplemental hearing (Id.). Pursuant to M.D. FLA. R. 3.01(g), counsel for the Commissioner represents that Plaintiff consents to the motion.

Pursuant to Title 42, United States Code, Section 405(g) the Court is empowered to reverse the decision of the Commissioner with or without remanding the case for a rehearing. Shalala v. Schaefer, 509 U.S. 292 (1993). Upon remand under sentence-four, the ALJ must review the complete case record, including any new material evidence. Diorio v. Heckler, 721 F.2d 726, 729 (11th Cir. 1983) (finding that it was necessary for the ALJ on remand to consider psychiatric report tendered to Appeals Council); Reeves v.

Heckler, 734 F.2d 519, 522 n.1 (11th Cir. 1984) (holding that the ALJ should consider on remand the need for an orthopedic evaluation).

Upon due consideration, I agree with the parties that it is appropriate to remand this case to the Commissioner and **respectfully recommend** that the district judge:

1. **Grant** the Government's Motion for Entry of Judgment with Remand (Doc.12);

2. **Reverse and remand** this action to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g);

3. **Advise** the parties that it is expected that on remand, the Administrative Law Judge will obtain any additional necessary evidence, reassess the Plaintiff's residual functional capacity, fully consider the ALJ's 2012 decision, if warranted, hold a supplemental hearing, and if necessary, obtain evidence from a vocational expert;

4. **Direct** the Clerk to **enter judgment** accordingly, **terminate** any pending motions, and **close** the file; and

5. **Advise** Plaintiff that the deadline to file a motion for attorney's fees pursuant to 42 U.S.C. § 406(b) shall be thirty (30) days after Plaintiff receives notice from the Social Security Administration of the amount of past due benefits awarded. And, direct that upon receipt of the notice, counsel for Plaintiff shall promptly email Mr. Rudy and the OGC attorney who prepared the Government's brief to advise that the notice has been received.

### Notice to Parties

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual

finding or legal conclusion the district judge adopts from the Report and Recommendation. See 11th Cir. R. 3-1.

      **RESPECTFULLY RECOMMENDED** at Orlando, Florida on September 7, 2016.

                                                 THOMAS B. SMITH
                                                 United States Magistrate Judge

Copies furnished to:
      Presiding United States District Judge
      Counsel of Record